UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

**LEEA HERRIMAN**

        Plaintiff,

vs.

Case No. 24-CV-615

**THE PEPSICO INC. DISABILITY PLAN,**

and

**SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.,**

        Defendants.

---

## MOTION TO DISMISS WITHOUT PREJUDICE

---

The Plaintiff, Leea Herriman, by her attorneys, Hawks Quindel, S.C., hereby states the following:

1. Subsequent to filing the Complaint in this matter, Defendants advised Plaintiff that they would be paying all previously disputed past-due Long-Term Disability benefits and continuing to pay monthly benefits subject to continued review of her eligibility for Long-Term Disability benefits.

2. As there are presently no benefits in dispute in this matter, Plaintiff moves to dismiss the above-captioned matter without prejudice and without fees or costs to either party.

Dated this 13th day of February, 2024

**HAWKS QUINDEL, S.C.**
*Attorneys for Plaintiff, Leea Herriman*

By:     */s/ Brook E. Tylka*
    Jessa L. Victor, WI State Bar No. 1099144
    Email: jvictor@hq-law.com
    Brook E. Tylka, WI State Bar No. 1126886
    Email: btylka@hq-law.com
    409 E. Main Street, PO Box 2155
    Madison, Wisconsin 53701-2155
    Telephone: (608) 257-0040
    Fax: (608) 256-0236

Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff may dismiss without prejudice without a court order because Defendant has not answered or moved for summary judgment.

The Clerk of Court is respectfully directed to terminate ECF No. 16 and to close the case.

SO ORDERED.

_____       2/13/24
CATHY SEIBEL, U.S.D.J.